# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JAMES F. STALLINGS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>THE ANDERSONS INC., *et al.*,<br><br>　　　　　　　Defendant(s). | 2:14-cv-00279-JAD-CWH<br><br>**MINUTE ORDER** |

　　　Before the Court is Defendant's Request for Exception from Attendance at Early Neutral Evaluation. (#9).

　　　Defendant requests that Defendant's Travelers' insurance carrier representative be excused from attending in person the ENE. Defendant states that it has a substantial self-insured retention (deductible) and any resolution of this matter at the ENE will be funded by Defendant. *Id.* Defendant also asserts that Samuel C. Anderson, Regional Manager-West, will have full settlement authority.

　　　The court finds that Defendant has provided sufficient reason to excuse Defendant's Traveler's insurance carrier representative from attending the ENE in person.

　　　Accordingly,

　　　IT IS HEREBY ORDERED that Defendant's Request for Exception from Attendance at Early Neutral Evaluation (#19) is GRANTED with the condition that Defendant's Traveler's insurance carrier representative must be available telephonically at the beginning of the Early Neutral Evaluation and as directed thereafter.

IT IS FURTHER ORDERED that Samuel C. Anderson, Regional Manager-West, must be present at the settlement conference.

DATED this 9th day of April, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE