Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES F. STALLINGS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE ANDERSONS INC., a foreign corporation dba THE ANDERSONS ALACO LAWN INC; Does I-X individually; Roe Corporations I-X,<br><br>Defendants. | Case No. 2:14-cv-00279 -JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JAMES F. STALLINGS and THE ANDERSONS, INC, an improperly named party, and THE ANDERSONS ALACO LAWN, INC., an improperly named party (collectively "Defendants"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Further, this Court shall retain jurisdiction over any disputes arising out of the court-facilitated resolution of this matter.

Dated: June 20, 2014

_____
Veronica Arechederra Hall, Esq.
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169

Attorneys for Defendants

Dated: June 20, 2014

_____
Mary H. Kinas
6069 S. Fort Apache Rd., #100
Las Vegas, NV 89148

Attorneys for Plaintiff

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each side to bear its own fees and costs.

Dated: July 8, 2014.

_____
United States District Judge

4840-2434-7931, v. 1